**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

United States of America,

      Plaintiff,

    v.                            Case No.  2:18cr108

Deshaune Kilon Stewart,          Judge Michael H. Watson

      Defendant.

## ORDER

The Court hereby reschedules this case for a bench trial on

Tuesday, September 24, 2019 at 9:00 a.m.

      **IT IS SO ORDERED.**

Michael H. Watson, Judge
United States District Court