UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DeSHAUNE K. STEWART<br><br>Defendant. | CASE NO. 2:18-CR-108<br><br>JUDGE MICHAEL H. WATSON |

### STIPULATIONS OF THE PARTIES

1. The parties stipulate and agree Government's Exhibits 1-10 are admissible as evidence at the trial of this case.

2. The parties stipulate and agree that the below Statement of Facts are true and accurate and admissible as evidence at the trial of this case. The parties further stipulate and agree that the below Statement of Facts will be read into the record at trial for the Court to consider as evidence.

**Statement of Facts**

On December 23, 2017, in Dublin, Ohio, in the Southern District of Ohio, the defendant, **DESHAUNE KILON STEWART,** did, with premeditation and malice aforethought, unlawfully kill, Lance Herrera-Dempsey, an officer and employee of the United States, while Lance Herrera-Dempsey was engaged in and on account of the performance of his official duties.

On December 23, 2017, in Columbus, Ohio, in the Southern District of Ohio, the defendant, **DESHAUNE KILON STEWART,** did, with premeditation and malice

1

aforethought, unlawfully kill, Ginger E. Ballard, an officer and employee of the United States, while Ginger E. Ballard was engaged in and on account of the performance of her official duties.

More specifically, on December 23, 2017, at 4:25 AM, Dublin Police Department (DPD) received reports of a shooting at the Emerald Parkway Post Office.  Upon arrival, DPD found postal employee Lance Herrera-Dempsey shot once in the chest and once in the head.  Mr. Herrera-Dempsey was pronounced dead at the scene.  A number of witnesses said that they saw Stewart, a postal mail carrier, shoot Mr. Herrera-Dempsey twice.  The second shot came as Stewart stood over Mr. Herrera-Dempsey.  Stewart was naked at the time.  Stewart then walked out of the building, entered his car, and drove away from the scene.

On December 23, 2017, at 7:19 AM, Columbus Police Department (CPD) received 911 calls indicating that a naked black male was chasing a female at 5591 Bowland Place North.  Upon arrival, officers saw Stewart's car unoccupied with a magazine to a firearm lying in the front seat.  Officers then observed Stewart, naked and carrying a firearm as he walked between vehicles in the parking lot.  He was ordered to drop the gun and was taken into custody.  The firearm was not loaded and the magazine to the firearm was found in Stewart's car.  Stewart was compliant and did not attempt to flee.  Officers found Ginger E. Ballard lying unconscious between two cars.  Ms. Ballard suffered from severe trauma to the head but was not shot.  Ms. Ballard was pronounced dead at the scene.  A number of witnesses heard Ms. Ballard scream and then observed Stewart on top of her.  Stewart had asked other postal employees the address of Ms. Ballard in the days leading up to the murders.

Both Ms. Ballard and Mr. Herrera-Dempsey were Stewart's supervisors in the Dublin Post Office. Shortly after being brought to Columbus Police Headquarters, Stewart spit out two pieces of jewelry onto the interview table. Stewart was read his rights and made a statement. Stewart said that Ms. Ballard had been using stones from her necklace to suck out his soul and that he had received instructions from God to kill Ms. Ballard and Mr. Herrera-Dempsey because they were "evil." Stewart told investigators that he decided to kill the victims the morning before the murders. He stayed in a hotel the night before the murders because he was afraid and the victims were putting "spells" on him. Stewart admitted to shooting Mr. Herrera-Dempsey and striking Ms. Ballard with his fists. There is no evidence that Stewart used any illegal drugs or alcohol prior to committing the named offenses.

DATED: _____  _____
David M. DeVillers
Assistant United States Attorney

DATED: _____  _____
James L. Lowe
Special Assistant United States Attorney

DATED: _____  _____
Diane M. Menashe
Counsel for Deshaune Kilon Stewart

DATED: _____  _____
Brian James Rigg
Counsel for Deshaune Kilon Stewart

DATED: _____  _____
Defendant Deshaune Kilon Stewart

        Respectfully submitted,

        BENJAMIN C. GLASSMAN
        United States Attorney

        s/ David M. DeVillers
        DAVID M. DeVILLERS (0059456)
        Assistant United States Attorney
        303 Marconi Boulevard, Suite 200
        Columbus, Ohio 43215
        Office: (614) 469-5715
        Fax: (614) 469-5653
        Email: Dave.DeVillers@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 12, 2019, service of the foregoing was made by electronic filing with the Clerk of the United States District Court using the ECF system which will send notification of such filing to the parties listed below:

    Diane M. Menashe, Attorney for Defendant

    Brian J. Rigg, Attorney for Defendant

        s/ David M. DeVillers
        DAVID M. DeVILLERS (0059456)
        Assistant United States Attorney
        Email: Dave.DeVillers@usdoj.gov